1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    ALLSTATE INSURANCE CO.,

9                    Plaintiff,

10            v.                                    Case No.  C07-0739RSL

11   DAVID THOMSON, *et al.*,                       ORDER TO SHOW CAUSE

12                    Defendants.

13

14

15          This matter comes before the Court *sua sponte*.  On October 22, 2007, plaintiff a

16   motion for summary judgment that, taken as a whole, exceeds 50 pages in length.  (Dkt.

17   #16).  As of this date, a courtesy copy of these documents has not been provided for

18   chambers.

19          Plaintiff is hereby ORDERED to show cause why it should not be sanctioned for

20   failure to comply with two prior orders of this Court (Dkt. ## 7, 14) requiring courtesy

21   copies of lengthy filings for chambers.  Plaintiff shall immediately deliver a paper copy of

22   the motion and all supporting documents, with tabs or other organizing aids as necessary

23   and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers,"

24   to the Clerk's Office.

25

26   ORDER TO SHOW CAUSE - 1

1    Plaintiff shall respond to this order to show cause no later than five days from the date of

2    this Order.

3

4            DATED this 26th day of October, 2007.

5

6

7            _MN S Lasnik_

Robert S. Lasnik

8            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER TO SHOW CAUSE - 2