UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLSTATE INSURANCE CO.,

    Plaintiff,

  v.

DAVID THOMSON, *et al.*,

    Defendants.

Case No. C07-0739RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On October 22, 2007, plaintiff filed a motion for summary judgment that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers. On October 26, 2007, the Court issued an order to show cause why plaintiff should not be sanctioned for failing to comply with the Court's prior orders. The order to show cause (Dkt. #18) is now vacated in light of the receipt of the courtesy copy and plaintiff's response.

    DATED this 2nd day of November, 2007.

                      /s/ Robert S. Lasnik
                      Robert S. Lasnik
                      United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE